JOHN M. LUEBBERKE, City Attorney
State Bar No. 164893
JAMIL R. GHANNAM, Deputy City Attorney
State Bar No. 300730
425 N. El Dorado Street, 2nd Floor
Stockton, CA  95202
Telephone: (209) 937-8333
Facsimile: (209) 937-8898

Attorneys for Defendants
CITY OF STOCKTON, CHRISTOPHER BRYAN SLATE, DETECTIVE GUTIERREZ, DETECTIVE M. GUILLEN and DETECTIVE MYERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOKCHEATH HIN, | Case No. 2:21-cv-00393-TLN-JDP |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| U.S. DEPARTMENT OF JUSTICE UNITED STATES MARSHALL SERVICE, et al., | *Fed. R. Civ. P. 41* |
| Defendants. | |

Plaintiff SOKCHEATH HIN and Defendants CITY OF STOCKTON, CHRISTOPHER BRYAN SLATE, DETECTIVE GUTIERREZ, DETECTIVE M. GUILLEN and DETECTIVE MYERS, hereby stipulate under Federal Rules of Civil Procedure 41(a)(1)(ii) that all claims and causes of action as to the above-named Defendants be dismissed with prejudice only, with Plaintiff and Defendants each bearing their own attorney's fees and costs.

The parties further request that due to the stipulated dismissal of these Defendants that the Defendants' Rule 12 Motion scheduled for hearing on April 1, 2021 be taken off calendar as moot.

///

///

///

1    **IT IS SO STIPULATED.**

2    Dated: March 5, 2021                    Law Offices of Sharona Eslamboly Hakim

3                                            BY   /s/ Narek Postajian [1]
4                                                  NAREK POSTAJIAN
                                                   Attorneys for Plaintiff

6    Dated: March 4, 2021                    JOHN M. LUEBBERKE
                                             CITY ATTORNEY

8                                            BY   /s/ Jamil R. Ghannam
                                                  JAMIL R. GHANNAM
9                                                 DEPUTY CITY ATTORNEY

10                                           Attorneys for Defendants
                                             CITY OF STOCKTON,
11                                           CHRISTOPHER BRYAN SLATE,
                                             DETECTIVE GUTIERREZ,
12                                           DETECTIVE M. GUILLEN
                                             and DETECTIVE MYERS

---

[1] Authority to affix e-signature of counsel was granted by counsel for Plaintiff on March 5, 2021. USDC Eastern District Local Rule 131(e).

STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL WITH PREJUDICE

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1)(ii), **IT IS HEREBY ORDERED** that all claims and causes of action as to Defendants CITY OF STOCKTON, CHRISTOPHER BRYAN SLATE, DETECTIVE GUTIERREZ, DETECTIVE M. GUILLEN and DETECTIVE MYERS only be dismissed with prejudice, with Plaintiff and Defendants each bearing their own attorney's fees and costs.

It is further ordered that these Defendants' Rule 12 Motion scheduled for hearing on April 1, 2021 be taken off calendar.

Dated:  March 8, 2021

Troy L. Nunley
United States District Judge