XAVIER BECERRA, State Bar No. 118517
Attorney General of California
PETER A. MESHOT, State Bar No. 117061
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7320
 Facsimile: (916) 322-8288
 E-mail: Diana.Esquivel@doj.ca.gov

*Attorneys for Defendant State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SOKCHEATH HIN,** | No. 2:21-cv-0393 TLN-JDP |
| Plaintiff, | **STIPULATION AND ORDER FOR THIRTY-DAY EXTENSION FOR DEFENDANT STATE OF CALIFORNIA TO RESPOND TO THE COMPLAINT** |
| v. | |
| **U.S. DEPARTMENT OF JUSTICE UNITED STATES MARSHALS SERVICE,** et al., | Action Removed:   March 3, 2021 |
| Defendants. | |

Under Federal Rules of Civil Procedure 6(b) and Local Rules 143 and 144(a), Plaintiff and Defendant State of California (State), by and through their respective attorneys of record, stipulate to a thirty-day extension for the State to file its response to the complaint. The State's response is currently due on March 10, 2021 as required under Federal Rule of Civil Procedure 81(c)(2)(C). Good cause exists to the grant this stipulated request because the parties are meeting and conferring concerning the State's perceived deficiencies in the complaint that may obviate the need for a motion under Rule 12(b)(6) and may result in an amended pleading.

When an act must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). A defendant who did not answer before removal must respond to the complaint within seven days after the notice of removal is filed. Fed. R. Civ. P. 8(c)(2)(C).

The State was served with the summons and complaint on February 4, 2021. (*See* Proof of Service of Summons, ECF No. 1-2 at 4.) Its response to the complaint was due on March 8, 2021, as required under California law. However, on March 3, 2021, Defendant City of Stockton removed the action to this Court before the State responded to the complaint. (ECF No. No. 1.) The State's responsive pleading is now due on March 10.

Before this action was removed, counsel for the State was meeting and conferring with Plaintiff's attorney concerning the State's perceived deficiencies in the complaint before filing a demurrer. On March 2, the State's attorney provided opposing counsel with a detailed outline, including authorities, of the perceived deficiencies. Although Plaintiff's counsel agrees that amendment of the complaint may be warranted, he requires more time to consider the points raised in defense counsel's meet-and-confer correspondence. Also, the State requires more time to prepare its response to the complaint if the parties are unable to reach agreement over the

/ / /
/ / /
/ / /
/ / /
/ / /

1  proper course of action. Thus, good cause exists to grant this stipulated request because it will
2  give the parties an opportunity to fully meet and confer about the adequacy of the pleading, file
3  an amended complaint if warranted, and avoid burdening the Court with a dismissal motion.
4      IT IS SO STIPULATED.

Dated:  March 5, 2021                           Respectfully submitted,

XAVIER BECERRA
Attorney General of California
PETER A. MESHOT
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendant State of Cal.*

Dated: March 5, 2021                            LAW OFFICES OF SHARONA ESLAMBOLY HAKIM

*/s/ Narek Postajian* (as authorized 3/5/21)

SHARONA ESLAMBOLY HAKIM
NAREK POSTAJIAN
*Attorneys for Plaintiff Sokcheath Hin*

**ORDER**

Good cause appearing and based on the parties' stipulation, the Defendant State of California's request for a thirty-day extension to respond to the complaint is GRANTED.

Defendant State of California shall file its response to the complaint on or before April 9, 2021.

IT IS SO ORDERED.

Dated: March 8, 2021

Troy L. Nunley
United States District Judge