**MAYALL HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone: (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No: 155091

Attorneys for Defendants,
COUNTY OF SAN JOAQUIN and
SAN JOAQUIN COUNTY PROBATION
OFFICER BERCHTOLD

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOKCHEATH HIN, | Case No. 2:21-cv-00393-TLN-JDP |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS COUNTY OF SAN JOAQUIN AND SAN JOAQUIN COUNTY PROBATION OFFICER BERCHTOLD FOR FILING A RESPONSIVE PLEADING** |
| vs. | |
| U.S. DEPARTMENT OF JUSTICE UNITED STATES MARSHAL SERVICE, et al., | |
| Defendants. | |

Having read and considered the parties stipulation and good cause appearing, the COUNTY OF SAN JOAQUIN and OFFICER BERCHTOLD'S request for an extension of time in which to file a responsive pleading to the plaintiff's complaint is granted. The defendants COUNTY OF SAN JOAQUIN and OFFICER BERCHTOLD are to file their responsive pleadings on or before March 24, 2021.

IT IS SO ORDERED.

DATED: March 23, 2021

_____
Troy L. Nunley
United States District Judge

---

Page 1
ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS COUNTY OF SAN JOAQUIN AND SAN JOAQUIN COUNTY PROBATION OFFICER BERCHTOLD FOR FILING A RESPONSIVE PLEADING