1  Rob Bonta, State Bar No. 202668
   Attorney General of California
2  Peter A. Meshot, State Bar No. 117061
   Supervising Deputy Attorney General
3  Diana Esquivel, State Bar No. 202954
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-7320
6   Facsimile: (916) 322-8288
    E-mail: Diana.Esquivel@doj.ca.gov

*Attorneys for Defendant State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SOKCHEATH HIN,**<br><br>Plaintiff,<br><br>v.<br><br>**U.S. DEPARTMENT OF JUSTICE UNITED STATES MARSHALS SERVICE, et al.,**<br><br>Defendants. | No. 2:21-cv-0393 TLN-JDP<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE TO CONDUCT FED. R. CIV. P 26(f) CONFERENCE**<br><br>Action Removed: March 3, 2021 |

Under Federal Rules of Civil Procedure 6(b)(1) and 26(f)(1) and Local Rules 143 and 144(a), Plaintiff and Defendants State of California, County of San Joaquin, and San Joaquin County Probation Officer Berchtold (Defendants), by and through their respective attorneys of record, stipulate to and request an extension of the deadline to conduct the Federal Rule of Civil Procedure 26(f) Conference. Based on the Court's March 3, 2021 Initial Pretrial Scheduling Order (ECF No. 2), the last day for the parties to conduct the Rule 26(f) Conference is May 3, 2021. Good cause exists to continue the deadline because the Defendants' motions to dismiss are

1

pending and, if granted, may obviate the need for a Rule 26(f) Conference or may affect the issues to be discussed at the Rule 26(f) Conference.

When an act must be done within a specified time, the court may, for good cause, extend time with or without motion or notice if the court acts, or if the request is made, before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). Rules 26(f) requires the parties to confer as soon as practicable, but no less than 21 days before a scheduling conference or as the court orders. Fed. R. Civ. P. 26(f)(1).

In its Initial Pretrial Scheduling Order, the Court ordered the parties to conduct the Rule 26(f) Conference "[w]ithin sixty (60) days of service of the complaint on any party, or from the date of removal." (ECF No. 2 at 2:15-16.) This case was removed on March 3, 2021. (ECF No. 1.) Thus, the last day for the parties to conduct the Rule 26(f) Conference is May 3. However, on March 24 and April 19, Defendants filed motions challenging the adequacy of the allegations in the complaint. (ECF Nos. 12, 20.) The motion of the County Defendants is under submission. (ECF No. 16.) Plaintiff's opposition to the State's motion is not due until May 13, 2021. (*See* ECF No. 20.)

If any motion to dismiss is granted, it will likely result in another round of pleadings and subsequent motions to dismiss. Also, not all the named Defendants have been served or have appeared. Thus, conducting the Rule 26(f) Conference by May 3 is premature and may result in an inaccurate or incomplete assessment of the discovery needed or issues raised in this case.

/ / /

/ / /

/ / /

/ / /

2

Stipulation & Order for Extension of Deadline to R26(f) Conference  (2:21-cv-0393 TLN-JDP)

Good cause therefore exists to continue the deadline to conduct the Rule 26(f) Conference. The parties request that the Court set the deadline to fourteen days after the last Defendant answers the operative complaint.

IT IS SO STIPULATED.

Dated: April 29, 2021                Respectfully submitted,

ROB BONTA
Attorney General of California
PETER A. MESHOT
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendant State of Cal.*

Dated: April 28, 2021                LAW OFFICES OF SHARONA ESLAMBOLY HAKIM

*/s/ Narek Postajian* (as authorized 4/28/21)

SHARONA ESLAMBOLY HAKIM
NAREK POSTAJIAN
*Attorneys for Plaintiff Sokcheath Hin*

Dated: April 28, 2021                MAYALL HURLEY, P.C.

*/s/ Mark E. Berry* (as authorized 4/28/21)

MARK E. BERRY
*Attorneys for Defendants County of San Joaquin and San Joaquin County Probation Officer Berchtold*

**ORDER**

Good cause appearing, the parties' stipulated request to continue the deadline to conduct the Rule 26(f) Conference is GRANTED.

The parties shall confer as required under Federal Rule of Civil Procedure 26(f) no later than fourteen days (14) from the date the last answer is filed with the Court.

IT IS SO ORDERED.

Dated: April 29, 2021

Troy L. Nunley
United States District Judge